entered and served 4/17/01 cm

COPY

(31)

U.S. DISTRICT COURT
N. D. OF N. Y.
FILED
APR 17 2001
AT ____ O'CLOCK ___ M
LAWRENCE K. BAERMAN, Clerk
UTICA

# United States District Court

## *Northern District of New York*

## JUDGMENT IN A CIVIL CASE

**CASE NUMBER 1:00-CV-0185 (DNH)(RWS)**

**CHRISTINA STAROBIN**

**vs.**

**STEPHEN KING and PENGUIN PUTNAM, INC.**

[ ] **Jury verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be entered as follows:

THAT the defendants' motion for summary judgment is GRANTED, and the complaint is dismissed, in accordance with the Decision and Order of the Honorable David N. Hurd, United States District Judge, filed April 17, 2001.

April 17, 2001 — **LAWRENCE K. BAERMAN**

**DATE** — **CLERK**

Christine M. [signature]

**(BY) DEPUTY CLERK**